FILED
Clerk
District Court

DEC 2 8 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 02-00013 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NOTICE OF RELEASE OF EXHIBITS |
| ) | |
| MUN DEUK KYU, et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Craig Moore
Assistant U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this   28th day of   December  , 2005

GALO L. PEREZ, Clerk of Court

By: _Ignacio C. Benavente_
Chief Deputy Clerk
U.S. District Court
Northern Mariana Islands

AO 187

# EXHIBIT AND WITNESS LIST

| U.S.A. -vs- Jier, Shy Kin and Mun, Deuk Kyu | | District Court<br>NORTHERN MARIANA ISLANDS |
|---|---|---|
| **Government's Attorney**<br>Patrick Smith | **Defendant's Attorneys**<br>Perry Inos and Loren Sutton | Docket Number: CR-02-00013<br>Trial Date(s): 07/23/2002 to 07/26/02 |
| **Presiding Judge**<br>HONORABLE ALEX R. MUNSON | **Court Reporter**<br>Sanae N. Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 07/24/02 | ---------- | ---------- | **MARK PROCOPIO** (FBI Special Agent) |
| 1 ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | CD ROM containing sound recordings of meetings and telephone calls |
| 2T ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Transcript of 3/13/01 conversation between (Santos and Mun) |
| 3T ✓ | | 07/25/02 | 07/25/02 | 07/25/02 | Translation of 5/9/01 conversation (Zheng and Zhou) |
| 5T ✓ | | 07/25/02 | 07/25/02 | 07/25/02 | Translation of 5/09/01 conversation (Zhou and Zheng) |
| 36 ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Stipulation (#1) |
| 6V ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Video Clips from 6/18/01 and inspection of boat |
| 6C ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Compact Disk with Video clips |
| 6 ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Compact disk containing sound recording of meetings on 6/18/01 |
| 6T ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Transcription of 6/18/01 conversation from GX 6 |
| 30 ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Gas Receipt |
| 7 | | 07/24/02 | 07/24/02 | 07/24/02 | $1000 in cash (photocopies) *YES* 1/12/04 RECEIVED |
| 29 ✓ | | 07/24/02 | 07/24/02 | 07/24/02 | Jeep and Boat Sale Agreement (with attachments) |
| W2 | | 07/24/02 | ---------- | ---------- | **DENG YOU LIAN** |
| W3 | | 07/24/02 | ---------- | ---------- | **EDDIE SANTOS** |
| W4 | | 07/24/02 | ---------- | ---------- | **PEDRO A. TENORIO** |
| W5 | | 07/25/02 | ---------- | ---------- | **EDWARD SABLAN** |
| W6 | | 07/25/02 | ---------- | ---------- | **ZHENG, JIAN SHAN** |
| 23 ✓ | | 07/25/02 | 07/25/02 | 07/25/02 | Photo of Jier, Shy Kin |
| Tr 3 | | 07/25/02 | 07/25/02 | 07/25/02 | CD 1 (Track 3) (of Exhibit #1) |
| Tr4 | | 07/25/02 | 07/25/02 | 07/25/02 | CD 1 (Track 4) (of Exhibit #1) |
| 37 ✓ | | 07/25/02 | 07/25/02 | 07/25/02 | Stipulation |
| 38 ✓ | | 07/25/02 | 07/25/02 | 07/25/02 | Stipulation |
| | W1 | 07/25/02 | ---------- | ---------- | **MUN, DEUK KYU** |
| 27 | | 07/25/02 | 07/25/02 | | Registration Application for vessel |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.