ORIGINAL

JierShyKin.rem

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-1059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

F I L E D
Clerk
District Court

APR - 6 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 02-00013 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | PETITION TO REMIT SPECIAL ASSESSMENT FEE; ORDER OF REMISSION [18 U.S.C. § 3573] |
| JIER, SHY KIN | ) | |
| Defendant. | ) | |

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court pursuant to 18 U.S.C. § 3573 for the entry of an order remitting the unpaid special assessment fee earlier imposed upon Defendant JIER, SHY KIN and in support hereof, states as follows:

1. On October 29, 2002, sentence was imposed by this Court against Defendant JIER, SHY KIN. Among other things, a $100.00 special assessment fee was ordered. The total amount now owed by said Defendant is $25.00.

2. Upon information furnished by the U.S. Bureau of Prison's inmate locator website, the defendant, JIER, SHY KIN was released on May 21, 2004. See Exhibit "A."

3   Correspondences sent to defendant at his last known address were returned undeliverable.

4. Section 3573 of Title 18, United States Code, as amended, provides in pertinent part as follows:

> Upon petition by the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice --
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties . . . .

5. The United States Attorney has determined that in light of Defendant's unknown whereabouts, there is no reasonable likelihood that expending further efforts to collect the special assessment fee will produce any revenue to the United States. To the contrary, any further efforts will needlessly expend resources that could be better directed to areas with greater potential for recovery.

6. The interests of justice mitigate in favor of remission of the unpaid special assessment fee.

WHEREFORE, the United States of America respectfully requests that this Court enter an order remitting the unpaid special assessment fee imposed upon Defendant.

DATED this 4th day of April, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

## ORDER OF REMISSION

Based upon the foregoing, and in the interest of justice, the unpaid portion of the special assessment fee imposed against the defendant JIER, SHY KIN, including any interest and penalties, is hereby remitted.

DATED this 6TH day of APRIL, 2006.

_____
ALEX R. MUNSON
Chief Judge
District Court for the
   Northern Mariana Islands



- Inmate Locator
- Visiting - General Info
  - Visiting Hours
  - Who Can Visit?
  - Background Checks
  - Business Visits
  - Special Circumstances
  - Visiting Room Procedures
  - Conjugal Visits
- Locate Inmates Released Before 1982
- Who is a "Federal" Inmate?

 Printer Friendly Version

**Related Documents**

- Admission & Orientation Program
- Inmate Legal Activities Policy
- Release of Information Policy
- Telephone Regulations
- Victim & Witness Notification Program
- Visiting Regulations
- Visitor Information Form

| Name | Register Number | Age | Race | Sex | Release Date Actual / Projected |
|---|---|---|---|---|---|
| 1. SHY KIN JIER | 00401-005 | 43 | Asian | M | 05-21-2004 |

**ID Search Criteria:** Inmate Register Number 00401-005

New Search   |   FAQs   |   Privacy   |   Res

Home | About | Inmate Locator | Prison Facilities | Careers
Inmate Matters | Policy / Forms | Doing Business | News / Information
Accessibility | Browser Requirements | Disclaimer | Privacy Policy | Search


EXHIBIT A